UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAMS SCOTT & ASSOCIATES LLC, JOHN T. WILLIAMS,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendant. | Case No.: 3:22-CV-00229-RCJ-CSD<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 4) |

　　　　Before the Court is the Report and Recommendation of United States Magistrate Judge Craig S. Denney, (ECF No. 4[1]) entered on September 14, 2022, recommending that the Court grant the application to proceed in forma pauperis (ECF no. 1) and file the pro se complaint (ECF No. 1-1) and dismiss this action without prejudice.

　　　　This action was referred to Magistrate Judge Denney under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that Magistrate Judge Denney's Report and Recommendation (ECF No. 4) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

**IT IS SO ORDERED**.

Dated:  November 2, 2022.

_____
ROBERT C. JONES
United States District Judge